FILED
OCT 02 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alejandro VALENCIA-Renteria (1) Anthony Joseph MARTONE (2) Defendants. | Magistrate Case No.: '07 MJ 8824<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about October 1, 2007, within the Southern District of California, defendants Alejandro VALENCIA-Renteria and Anthony Joseph MARTONE did knowingly and intentionally import approximately 30.38 kilograms (66.84 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Alejandro VALENCIA-Renteria

Anthony Joseph MARTONE

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On October 1, 2007 at approximately 1605 hours, Alejandro VALENCIA-Renteria and Anthony Joseph MARTONE entered the United States at the Calexico, California, West, Port of Entry. VALENCIA was the passenger and registered owner of a 2002 Honda Civic. MARTONE was the driver. Customs and Border Protection Officer (CBPO) S. Barela was conducting a pre-primary sweep with his canine. The canine alerted and responded to Front driver's side tire well. CBPO S. Barela informed CBPO Apolinar of the canine alert.

A subsequent inspection of the vehicle by CBPO Apolinar revealed 48 packages in the quarter panels and gas tank. One of the packages was probed by CBPO Apolinar and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 48 packages had a combined net weight of approximately 30.38 kilograms (66.84 pounds).

VALENCIA was placed under arrest and advised of his Constitutional Rights, by Immigration and Customs Enforcement Agent (SA) T. Behm. VALENCIA acknowledged and waived his rights, agreeing to answer questions. VALENCIA admitted knowledge of the marijuana.

MARTONE was placed under arrest and advised of his Constitutional Rights by SA Behm. MARTONE acknowledged and waived his rights, agreeing to answer questions. MARTONE admitted knowledge of the marijuana.

VALENCIA and MARTONE were booked into the Imperial County Jail pending their initial appearance before a U.S. Magistrate Judge.