# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　　　　DISTRICT OF　　　　　　　　CALIFORNIA

UNITED STATES

v.

ALEJANDRO VALENCIA-RENTERIA

**APPEARANCE**

Case Number:  07MJ8824

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALEJANDRO VALENCIA-RENTERIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/3/2007 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name                                 Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number          Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 3, 2007                    _____/s/ Shaffy Moeel_____
                                          SHAFFY MOEEL
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA 92101-5030
                                          (619) 234-8467 (tel)
                                          (619) 687-2666 (fax)
                                          e-mail: Shaffy_Moeel@fd.org