AO 455 (Rev. 5/85) Waiver of Indictment

---

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA

v.

ALEJANDRO VALENCIA-RENTERIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2963-IEG

I, ALEJANDRO VALENCIA-RENTERIA, the above-named defendant, who is accused of committing the following offenses:

Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**

OCT 30 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY